IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA BURGESS,<br><br>           Plaintiff,<br>  v.<br><br>CAROLYN W. COLVIN,<br><br>           Defendant. | CIVIL ACTION<br>NO. 15-1351 |

## **ORDER**

**AND NOW**, this 30th day of March 2016, upon consideration of the Report and Recommendation of Magistrate Judge Carol Sandra Moore Wells (Doc. No. 18), and that the Report and Recommendation has not been objected to by the parties, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 18) is **APPROVED** and **ADOPTED**.

2. The matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), so that the Administrative Law Judge can consider explicitly Plaintiff's obesity when assessing her residual functional capacity and at Step Five of the sequential evaluation process.

3. Judgment shall be entered in favor of Plaintiff and against the Commissioner of the Social Security Administration.

                                                BY THE COURT:

                                                /s/ Joel H. Slomsky
                                                JOEL H. SLOMSKY, J.